UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY ASHELMAN,

v.

PAT GLEBE,

    Respondent.

Case No. C10-5047BHS/JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The petitioner in this action is seeking a habeas corpus relief from a state sentence where he has lost 15 days of good time credits for failing to program. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 1st day of March 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1