# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY ASHELMAN

JUDGMENT IN A CIVIL CASE

v.

PAT GLEBE

CASE NUMBER: C10-5047BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DENIED** because it is without merit and frivolous; and

(3) The Court **DENIES** a Certificate of Appealability.

| April 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk